IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY BARGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-865-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

On April 2, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 19th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE